UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA and HMO LOUISIANA, INC., individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CELGENE CORPORATION, BRISTOL MYERS SQUIBB COMPANY, AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, BRECKENRIDGE PHARMACEUTICAL, INC., NATCO PHARMA LIMITED, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>                              Defendants. | Case No. 1:23-cv-07871 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
TEVA PHARMACEUTICALS USA AND
TEVA PHARMACEUTICAL INDUSTRIES LIMITED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield and HMO Louisiana, Inc., voluntarily dismiss the above-caption matter, without prejudice, against defendants Teva Pharmaceuticals USA and Teva Pharmaceutical Industries Limited (collectively, Teva).

Rule 41(a)(1)(A) provides for voluntary dismissal of an action by a plaintiff. Should the plaintiff file a notice of dismissal before the service of an answer or motion for summary judgment by the opposing party, Fed. R. Civ. P. 41(a)(1)(A)(i) applies and allows dismissal without a court order. Teva has neither answered the complaint nor filed a motion for summary judgment.

The plaintiffs voluntarily dismiss all claims in the above-caption matter, without prejudice, against Teva. This notice applies only to the claims against Teva. All of plaintiffs claims against the other named defendants remain pending and unaffected.

Dated: September 29, 2023

Respectfully Submitted,

*Whitney Street*

Whitney E. Street (N.Y. Bar No. 4521084)
Thomas M. Sobol (*pro hac vice forthcoming*)
Kristen A. Johnson (*pro hac vice forthcoming*)
Claudia Morera (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
whitneyst@hbsslaw.com
claudiam@hbsslaw.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., and the proposed class*

James R. Dugan II (*pro hac vice forthcoming*)
David S. Scalia (*pro hac vice forthcoming*)
TerriAnne Benedetto (N.Y. Bar No. 4740700)
Glenn E. Mintzer (*pro hac vice forthcoming*)
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
gmintzer@dugan-lawfirm.com

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 2, 2023
New York, New York

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., and the proposed class*

Richard Sherburne, Jr.
Jessica W. Chapman
Douglas M. Chapoton
Erica S. Aguillard
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone: (225) 298-1666
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com
Douglas.Chapoton@bcbsla.com
Erica.Aguillard@bcbsla.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc.*

## CERTIFICATE OF SERVICE

      I, Whitney E. Street, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: September 29, 2023                                          /s/*Whitney E. Street*
                                                                                                Whitney E. Street