# MEMO ENDORSED

December 18, 2023

**Via ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The application is  _X_  granted
                  ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: December 19, 2023
New York, New York

Re: Letter Motion for Approval to Seal portions of plaintiffs' amended complaint in *Louisiana Health Service & Indemnity Company et al v. Celgene Corporation et al* **(1:23-cv-07871-ER)**

Dear Judge Edgardo Ramos:

We write on behalf of the plaintiffs in the above-captioned litigation. Pursuant to Your Honor's Individual Practice 3.II, a letter motion must be filed electronically through the court's ECF system in conformity with the Court's standing order.

On September 7, 2023, the plaintiffs filed their original complaint. On December 11, 2023, the parties filed a joint stipulation stating, among other things, plaintiffs' intent to file an Amended Complaint on or before December 18, 2023. *See* ECF 64-5.

The plaintiffs request that portions of their amended complaint (filed contemporaneously with this motion) be sealed. The complaint includes references to agreements between Celgene and other entities that it produced on a highly confidential outside council eyes only basis.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Thomas M. Sobol
/s/ Thomas M. Sobol
*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., David Mitchell, and the proposed class and subclasses*

cc: Counsel of record (via ECF)