UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, HMO LOUISIANA, INC., and DAVID MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELGENE CORPORATION, BRISTOL MYERS SQUIBB COMPANY, ANTHONY INSOGNA, and JEROME ZELDIS,<br><br>Defendants. | Case No. 1:23-cv-07871 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRECKENRIDGE PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs, Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield and HMO Louisiana, Inc., voluntarily dismiss all claims asserted against defendant Breckenridge Pharmaceuticals, Inc. (Breckenridge) in the above-captioned matter, without prejudice.

Rule 41(a)(1)(A) provides for voluntary dismissal of an action by a plaintiff. Should the plaintiff file a notice of dismissal before the service of an answer or motion for summary judgment by the opposing party, Fed. R. Civ. P. 41(a)(1)(A)(i) applies and allows dismissal without a court order. Breckenridge has neither answered the complaint nor filed a motion for summary judgment.

The plaintiffs voluntarily dismiss all claims against Breckenridge in the above-captioned matter, without prejudice.

Dated: December 19, 2023

Respectfully Submitted,

*[signature: Whitney Street]*

_____
Whitney E. Street (N.Y. Bar No. 4521084)
Thomas M. Sobol (admitted *pro hac vice*)
Kristen A. Johnson (admitted *pro hac vice*)
Claudia Morera (admitted *pro hac vice*)
Sophia Weaver (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
whitneyst@hbsslaw.com
claudiam@hbsslaw.com
sophiaw@hbsslaw.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc., David Mitchell, and the proposed class and subclasses*

James R. Dugan II (*pro hac vice forthcoming*)
David S. Scalia (*pro hac vice forthcoming*)
TerriAnne Benedetto (N.Y. Bar No. 4740700)
Glenn E. Mintzer (*pro hac vice forthcoming*)
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
gmintzer@dugan-lawfirm.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana,*

2

*Inc., the proposed class, and the third party payor subclass*

John Radice (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
kpickle@radicelawfirm.com

*Counsel for David Mitchell, the proposed class, and the consumer subclass*

Richard Sherburne, Jr.
Jessica W. Chapman
Douglas M. Chapoton
Erica S. Aguillard
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone: (225) 298-1666
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com
Douglas.Chapoton@bcbsla.com
Erica.Aguillard@bcbsla.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a/ Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc.*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: December 20, 2023
New York, New York

## CERTIFICATE OF SERVICE

    I, Whitney E. Street, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: December 19, 2022                                      /s/*Whitney E. Street*
                                                                                       Whitney E. Street