# ATTACHMENT 2
# (Redacted)

**Attachment 2**
Enlarged Version of Figure A

