UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA, HMO LOUISANA INC., DAVID MITCHELL, individually and on behalf of all others similarly situated, NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, individually and on behalf of all others similarly situated, *and* CENTERWELL PHARMACY, INC.

Plaintiffs,

– *against* –

CELGENE CORPORATION, BRISTOL MYERS SQUIBB COMPANY, ANTHONY INSOGNA, *and* JEROME ZELDIS,

Defendants.

**ORDER**

23-cv-7871 (ER)

---

Ramos, D.J.:

The Court issued an Opinion & Order on March 31, 2025, dismissing the complaint and closing the case. On April 3, 2025, Plaintiffs requested leave to amend the Complaint, which the court granted on April 4, 2025. On April 25, 2025, Plaintiffs requested clarification from the Court regarding whether the March 31, 2025 Opinion & Order constituted a final order, given that leave to amend the complaint was granted. If it did, Plaintiffs, in a letter, requested that the Court issue an order to that effect, to which Defendants agreed in a letter response on April 29, 2025. Accordingly, with agreement among the parties, the Court determines that the March 31, 2025 Opinion & Order does not constitute a final judgment that would trigger the 30-day deadline to file a notice of appeal.

2

It is SO ORDERED.

Dated: May 28, 2025
       New York, New York

EDGARDO RAMOS, U.S.D.J.