UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY d/b/a BLUE
CROSS AND BLUE SHIELD OF
LOUISIANA, HMO LOUISANA INC.,
DAVID MITCHELL, *individually and on
behalf of all others similarly situated*,

            Plaintiffs,

    *– against –*

CELGENE CORPORATION, BRISTOL
MYERS SQUIBB COMPANY, ANTHONY
INSOGNA, *and* JEROME ZELDIS,

           Defendants.

**ORDER**

23-cv-7871 (ER)

NEW YORK HOTEL TRADES COUNCIL
& HOTEL ASSOCIATION OF NEW
YORK CITY, INC. HEALTH BENEFITS
FUND, individually and on behalf of all
others similarly situated,

           Plaintiffs,

    *– against –*

CELGENE CORPORATION, BRISTOL
MYERS SQUIBB COMPANY, ANTHONY
INSOGNA, *and* JEROME ZELDIS,

           Defendants.

24-cv-02230 (ER)

CENTERWELL PHARMACY, INC.,

           Plaintiff,

    *– against –*

CELGENE CORPORATION, *and*
BRISTOL MYERS SQUIBB COMPANY,

           Defendants.

24-cv-06924 (ER)

RAMOS, D.J.:

Plaintiffs filed a motion for leave to file the Second Amended Complaint ("SAC") on May 16, 2025.  Doc. 162.  In response, Defendants filed their opposition brief on June 27, 2025.  Doc. 169.  Plaintiffs sought leave to file a 25-page reply, but the Court permitted 15 pages.  Doc. 173.  Plaintiffs filed a 15-page reply with two appendices (Appendix A and Appendix B), bringing the total page count to 37 pages.  Doc. 174.  Celgene then filed a motion to strike Appendix A and Appendix B to Plaintiffs' reply brief in support of their motion for leave to file the SAC on July 31, 2025.  Doc. 181.

Several parties have requested leave to file memoranda or supplemental authority under seal, Docs. 107, 125, 143, 161, 167, all of which the Court has granted.

Today the Court issued an Opinion and Order granting Defendants' motion to strike Appendix A and Appendix B of Plaintiffs reply to the motion for leave to amend, and denying Plaintiffs' motion for leave to file a SAC.  The Court will email the Opinion and Order to the parties so that they may review the same and suggest proposed redactions.  The parties are instructed to submit their proposed redactions, on consent, by email to chambers by Wednesday, April 1, 2026 at 5:00 p.m., or inform the Court that no redactions are necessary.

The Clerk of Court is respectfully directed to terminate the motions, Docs. 162 and 181 in *Louisiana Health Service & Indemnity Company et al v. Celgene Corporation et al*, 23-cv-7871 (ER), and close the case.

The Clerk of the Court is also respectfully directed to terminate the motion, Doc. 16, in *CenterWell Pharmacy, Inc. v. Celgene Corporation et al*, 24-cv-06924 (ER).

It is SO ORDERED.

Dated:    March 30, 2026
          New York, New York

EDGARDO RAMOS, U.S.D.J.

2