# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, HMO LOUISIANA, INC., and DAVID MITCHELL, <br><br> Plaintiffs, <br><br> v. <br><br> CELGENE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-07871-ER (lead case) |
| NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY INC., HEALTH BENEFITS FUND, <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-02230-ER |
| CENTERWELL PHARMACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELGENE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-06924-ER |

## [PROPOSED] JUDGMENT

For the reasons stated in the Court's March 30, 2026 Opinion and Order, ECF No. 187, the Court enters **JUDGMENT** in favor of Defendants in the above-captioned actions.

Dated:    April 10, 2026
      New York, New York

_____
HON. EDGARDO J. RAMOS,
UNITED STATES DISTRICT JUDGE

1